UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BART S. JARBOE | CIVIL ACTION NO. 04-1146 |
| | SECTION "P" |
| -vs- | JUDGE DRELL |
| RANDY MAXWELL, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

IT IS ORDERED that Plaintiff's Motion for Summary Judgment (Document No. 27) is DENIED.

IT IS FURTHER ORDERED that the Cross Motion for Summary Judgment filed by Defendant Kenneth Byrnes (Document No. 29) is GRANTED, and Plaintiff's claims against Kenneth Byrnes are DISMISSED WITH PREJUDICE.

SIGNED on this 25th day of July, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge